No. 505. DURYEE, TRUSTEE, *v.* ERIE RAILROAD CO. ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application. *Richard Swan Buell* for petitioner. *John A. Hadden* and *John S. Beard, Jr.* for respondents.

No. 530. MACHADO *v.* McGRATH, ATTORNEY GENERAL, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Jack Wasserman* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *John R. Wilkins* for respondents.

No. 532. CLEMENT *v.* WOODS, HOUSING EXPEDITER. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Ed Dupree, A. M. Edwards, Jr.* and *Nathan Siegel* for respondent.

No. 121, Misc. JAMES ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Henry Lincoln Johnson, Jr.* and *Frank D. Reeves* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Felicia H. Dubrovsky* for the United States.

No. 267, Misc. BEALE *v.* MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied.